THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK STEAM COMPANY, Respondent, *v.* OSCAR S. STRAUS et al., Constituting the Public Service Commission for the First District, Appellants.

*People ex rel. N. Y. Steam Co. v. Straus*, 186 App. Div. 787, affirmed.
(Argued May 21, 1919; decided June 6, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 7, 1919, which annulled, on certiorari, a determination of the public service commission for the first district directing the relator, the New York Steam Company, to file an amendment to its rate schedules which became effective on June 1, 1917, so as to separately classify certain outstanding term contracts made in the form prescribed in its previous schedules, which contracts the company claimed had been abrogated by its own act in filing a new schedule fixing higher rates and different forms of contracts.

*Godfrey Goldmark* for appellants.

*George Zabriskie* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.